

P.O. Box 64909, St. Paul, MN 55164-0909    P 651-221-0566    www.ecmc.org

November 15, 2021


Clerk of U.S. Bankruptcy Court
Pennsylvania Middle Bankruptcy Court - Harrisburg
Ronald Reagan Federal Building
228 Walnut Street Room 320
Harrisburg, PA 17101-1737


RE: Lewis C. Furry Jr.
SSN: XXX-XX-0564
BANKRUPTCY CASE#: 19-05266 - HWV

Dear Clerk:

Please withdraw this claim filed by Educational Credit Management Corporation (ECMC) for court claim #13 in the amount of $17,550.03 filed on January 31, 2020. This debt have been paid in full. Thank you for your cooperation in this matter.

Per Rule 3006-1, No objection to the claim was filed, no complaint was filed against the claimant and claimant has not accepted or rejected a plan or otherwise participated significantly in the case.

If you have any further questions, you may contact me at (866) 428-6963 or email at bankruptcydept@ecmc.org

Sincerely,


/s/ Toudoua Thao
Operations Specialist Lead
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408