United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                           Case No. 19-05266-HWV

Lewis C. Furry, Jr.                                             Chapter 13

Amy Jo Furry

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                         Page 1 of 2

Date Rcvd: Dec 13, 2023                 Form ID: fnldec                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + Lewis C. Furry, Jr., Amy Jo Furry, 110 Watson Lane, New Bloomfield, PA 17068-8524

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:**

**Name**        **Email Address**

Brian C Nicholas

        on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York. Et.al bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos

        TWecf@pamd13trustee.com

Mario J. Hanyon

        on behalf of Creditor The Bank Of New York Mellon Fka The Bank Of New York. Et.al wbecf@brockandscott.com mario.hanyon@brockandscott.com

Paul Donald Murphy-Ahles

        on behalf of Debtor 1 Lewis C. Furry  Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com

Paul Donald Murphy-Ahles

        on behalf of Debtor 2 Amy Jo Furry pmurphy@dplglaw.com  kgreene@dplglaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lewis C. Furry Jr.,
aka Lewis C. Furry,

Chapter        13

**Debtor 1**

Case No.        1:19−bk−05266−HWV

Amy Jo Furry,

**Debtor 2**

Social Security No.:

xxx−xx−0564            xxx−xx−7689

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  December 13, 2023

**fnldec** (01/22)